# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

June 8, 2009

# E R R A T A

**Appeal No. 2007-7255**

**MEDRANO V DVA**

Decided:  June 3, 2008                          Nonprecedential Opinion

Please make the following change:

Page 3, line 16, change the word "principal" to "principle."